18 MAG 9063

Approved by: ____________________
DAVID PRESLEY
Special Assistant United States Attorney

Before: THE HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RYAN A. BYRNE<br><br>Defendant | MISDEMEANOR COMPLAINT<br><br>Violation of NYVTL 1192 (2)<br><br>COUNTY OF OFFENSE: ORANGE |

SOUTHERN DISTRICT OF NEW YORK, ss.:

Brahim El Idrissi, being duly sworn, deposes and says that he is a Court Liaison, assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, and charges as follows:

COUNT ONE

On or about September 22, 2018, on the West Point Military Reservation, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, RYAN A. BYRNE, the defendant, unlawfully, knowingly, and willfully did operate a motor vehicle upon a public roadway while under the influence of alcohol, to wit, the defendant operated a motor vehicle at Thayer Gate, West Point, New York, while under the influence of alcohol.

(New York State Vehicle and Traffic Law, Section 1192(2))

The basis for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am a Court Liaison, assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, which is located in the Southern District of New

York.

2. Upon information and belief, on or about September 23, 2018, at approximately 12:37 a.m., Military Police Officers SPC Caleb Brethauer, SPC Brian Doherty, SPC Brandon Pellegrino and SGT Roberto Sostre were dispatched to Thayer Gate, in reference to a possible Driving While Intoxicated.

3. Upon arrival, SPC Brethauer met the gate guard, DASG Wilson, who stated the driver, later identified as the defendant, was possibly under the influence of alcohol. DASG Wilson indicated that when the defendant approached the gate he smelled the odor of alcohol, the defendant had blood shot and watery eyes and his speech was slurred.

4. SPC Brethauer approached the defendant who had been driving the vehicle. SPC Brethauer also observed the defendant's slurred speech, watery and blood shot eyes and the smell of alcohol emitting from the defendant. SPC Brethauer also observed that the defendant was chewing gum.

5. SPC Brethauer had the defendant step out of the vehicle so he could conduct the Standard Filed Sobriety Tests (SFST). SPC Brethauer observed seven clues of the driver being impaired. During the one legged stand, the defendant continually placed his right foot on the ground to maintain balance and counted a number twice. For the walk and turn, the defendant could not maintain his balance in between steps, he started too soon, stepped off the line, missed putting heel to toe and raised his arms.

6. The defendant was asked to blow into the portable breathalyzer and he refused. The defendant was placed under arrest and transported to the police station for processing.

7. The defendant was issued a District Court Violation Notices for operating a motor vehicle while under the influence of alcohol (DCVN Number 7554084/SY10).

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

Brahim El Idrissi
Court Liaison

Sworn to before me this
25th day of October, 2018

HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York